IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Brian K. Alford, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:15cv645 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Gary Mohr, et al., : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on November 19, 2015 a Report and Recommendation (Doc. 5).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 8).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 3) is DENIED.  Plaintiff is ORDERED to pay the full $400 fee ($350 filing fee plus $50 administrative fee) required to commence this action within thirty (30) days of this Order. Failure to pay the full $400 fee within this time frame will result in the dismissal of his action. *See In re Alea,* 286 F.3d 378, 382 (6th Cir. 2002).

The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal of any Order

adopting the Report and Recommendation will not be taken in good faith. *See McGore v. Wrigglesworth,* 114 F.3d 601 (6th Cir. 1997).

  IT IS SO ORDERED.


               ___s/Susan J. Dlott_____
               Judge Susan J. Dlott
               United States District Court