IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Brian K. Alford,

    Plaintiff(s),

vs.

Gary Mohr, et al.,

    Defendant(s).

Case Number: 1:15cv645

Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on May 22, 2017 a Report and Recommendation (Doc. 36). Subsequently, the plaintiff filed objections to such Report and Recommendation (Docs. 41)

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, plaintiff's claims against defendants Gary Mohr and Ohio Department of Rehabilitation and Correction (ODRC) are DISMISSED with prejudice pursuant to 28 U.S.C. §§1915(e)(2)(B) and 1915A(b)(1). Plaintiff's official capacity claims against all defendants are also DISMISSED to the extent that plaintiff seeks money damages.

IT IS SO ORDERED.

Judge Susan J. Dlott
United States District Court