IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Brian K. Alford,

    Plaintiff(s),

vs.

Gary Mohr, et al.,

    Defendant(s).

Case Number: 1:15cv645

Judge Susan J. Dlott

## ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on January 5, 2018 a Report and Recommendation (Doc. 99). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc.116).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, plaintiff's motion to supplement the complaint pursuant to Fed. R. Civ. P. 15(d) (Doc. 43) is DENIED.

Plaintiff's motion for leave to supplement the second amended complaint under Fed. R. Civ. P. 15(d) (Doc. 48) is DENIED.

Plaintiff's motion for service on Gary Mohr and for preliminary injunction (Doc. 67) is DENIED.

Plaintiff's complaint against defendants Dr. Carlson, Mona Parks, Brenda Tilton, M. Westall, R. Wingate, and George D. Crutchfield is DISMISSED without prejudice for failure of service.

IT IS SO ORDERED.

Judge Susan J. Dlott
United States District Court