IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - CINCINNATI

| BRIAN K. ALFORD, | : | Case No. 1:15-cv-645 |
| --- | --- | --- |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| GARY MOHR, et al., | : | |
| Defendants. | : | |

**ENTRY AND ORDER OVERRULING OBJECTIONS (Doc. 152) AND ADOPTING REPORT AND RECOMMENDATIONS (Doc. 149).**

This action is before the Court on Plaintiff Brian K. Alford's objections (Doc. 152) to Magistrate Judge Karen L. Litkovitz's report and recommendations (Doc. 149). Magistrate Judge Litkovitz recommends that the Court grant Defendant Rick Malott's motion for summary judgment (Doc. 139) and, since Defendant Malott is the sole remaining defendant, close this case on the docket of this Court. (Doc. 149.) This matter is now ripe for the Court's review.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has made a de novo review of the record in this case. Upon said review, the Court finds that Plaintiff's objections (Doc. 152) are not well-taken and are accordingly **OVERRULED**. The Court **ADOPTS** Magistrate Judge Litkovitz's report and recommendations (Doc. 149) in its entirety.

**IT IS THEREFORE ORDERED THAT:**

1. Defendant Malott's motion for summary judgment (Doc. 139) is **GRANTED**.

2. This case is **CLOSED** on the docket of this Court.

3. Pursuant to 28 U.S.C. § 1915(a)(3), it is hereby certified that an appeal of this Order would not be taken in "good faith." *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: */s/ Matthew W. McFarland*
JUDGE MATTHEW W. McFARLAND